

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00612-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF COUNTY OF ATASCOSA COUNTY**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause is REMANDED to the trial court for further proceedings. Costs of this appeal are assessed against appellee.

SIGNED June 10, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice